**FILED**

APR 1 6 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. Case #15-CR-00184-GT |
| ) Plaintiff, ) | **ORDER GRANTING CONTINUANCE OF SENTENCING HEARING** |
| vs. ) | |
| ALFONSO AVILES-ESPINOZA, ) | |
| ) Defendant. ) | |

The parties being in agreement, and good cause appearing,

**IT IS SO ORDERED** that the sentencing date presently scheduled for April 27, 2015 be continued to Monday, June 8, 2015 at 9:30 a.m.

**IT IS SO ORDERED.**

DATE: 4-16-15        _____
                     GORDON THOMPSON, JR.
                     Judge, U.S. District Court